# Court of Appeals
# of the State of Georgia

ATLANTA, April 10, 2018

*The Court of Appeals hereby passes the following order*

**A18I0149. DAMARIS S. BROADFOOT AS EXECUTRIX OF THE ESTATE OF WILLIAM W. BROADFOOT, JR. v. DUSTIN F. JACKSON.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015SCV329



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, April 10, 2018.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*